No. 94–6033. REBAR v. MARSH, SECRETARY OF THE ARMY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6037. MOBIN v. WIDNALL, SECRETARY OF THE AIR FORCE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6040. FAIRCHILD v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 94–6044. HOUSTON v. ROCHA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–6047. HARRIS v. ROBINSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6065. AZAR v. HEALTH ALLIANCE PLAN. C. A. 6th Cir. Certiorari denied.

No. 94–6066. HOEKEL v. PLUMBING PLANNING CORP. C. A. 8th Cir. Certiorari denied.

No. 94–6067. JOHNS v. MCFADDEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6068. HERNANDEZ v. IEYOUB, ATTORNEY GENERAL OF LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 94–6069. JOHNSON v. DICKINSON. Ct. App. Tenn. Certiorari denied.

No. 94–6070. HOWARD v. BEASON ET AL. Sup. Ct. Ala. Certiorari denied.

No. 94–6071. FORD ET AL. v. CLEMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–6073. PHILLIPS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6074. DUNMORE v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.